# RICHARD PALMA
## ATTORNEY AT LAW
### 122 EAST 42ND STREET - SUITE 620
### NEW YORK, NEW YORK 10168

**MEMBER OF THE BAR**  
**NEW YORK & FLORIDA**

TEL. (212) 686-8111  
FAX. (212) 202-7800  
E-MAIL: rpalma177@gmail.com

October 15, 2021

**ECF**

Hon. Loretta A. Preska  
United States District Judge  
Daniel Patrick Moynihan United States Courthouse  
500 Pearl Street  
New York, N.Y. 10007

**Re:**   **U.S. v. JOHN, et al., including Olawale Olaniyan Dkt. No. 21 CR. 609 (LAP)**
**U.S. Pretrial Consents, and Government Defers, to Defense Request for Modification of Bond Conditions to Expand Travel to the Districts of New Jersey, Connecticut, and Eastern Pennsylvania for Purposes of Employment.**

Dear Judge Preska:

As reported in the U.S. Pretrial Services report, Mr. Olawale Olaniyan is an Uber driver in the New York metropolitan area whose employment at times includes chauffeuring passengers to the above-listed districts. For this reason, he respectfully requests a modification of his travel restrictions to include chauffeuring passengers to these districts. The Government defers to U.S Pretrial which consents to this modification for employment purposes only.

If there are any questions regarding this request, I am available to The Court immediately at (917) 751-5754.

Thank you.

Respectfully submitted,  
s/ Richard Palma  
Richard Palma (Bar No. rp 4441)

cc: USPO Robert Boose & AUSA Kaylan Lasky (via email)

RICHARD PALMA  
ATTORNEY AT LAW

```
Defendant's travel restrictions
are modified to permit
chauffeuring passengers in the
above-listed districts for
employment purposes only.
SO ORDERED.
```

*Loretta A. Preska*  10/18/2021

LORETTA A. PRESKA, U.S.D.J.