**RICHARD PALMA**
ATTORNEY AT LAW
122 EAST 42nd STREET - SUITE 620
NEW YORK, NEW YORK 10168



MEMBER OF THE BAR
NEW YORK & FLORIDA

TEL. (212) 686-8111
FAX. (212) 202-7800
E-MAIL: rpalma177@gmail.com

October 26, 2021

**ECF**

Honorable Loretta A. Preska
United States District Judge
United States Courthouse for S.D.N.Y.
500 Pearl Street
New York, N.Y. 10007

    Re:    **U.S. v. Olawale Olaniyan, Dkt. 21 Cr. 609 (LAP)**
           **With No Government Opposition, Defense request for two-week extension of time for Olaniyan Bond Co-signers.**

Dear Judge Preska:

    As Mr. Olawale Olaniyan's court-appointed counsel under the assigned counsel plan, 18 USC 3006A, I am respectfully requesting a two-week extension to present co-signers of his bond. By order of USMJ Sarah Netburn, Mr. Olaniyan was released on a $100,000 personal recognizance bond on October 13, 2021 The conditions of his continued release requires, apart from other standard conditions, the endorsement of two financial responsible individuals by October 27, 2021. After consulting AUSA Kaylan Lasky, the Government does not oppose this request.

    If there are any questions about this letter, I am available to Your Honor immediately by cellular phone at (917) 751-5754.

    Thank you.

                                   Respectfully submitted,
                                   S? Richard Palma
                                   Richard Palma

*So ordered,*
*Loretta A. Preska*
*10/26/21*