# RICHARD PALMA
### ATTORNEY AT LAW
### 122 EAST 42nd STREET - SUITE 620
### NEW YORK, NEW YORK 10168

**MEMBER OF THE BAR**  
**NEW YORK**

TEL. (212) 686-8111  
FAX. (212) 202-7800  
E-MAIL: rpalma177@gmail.com

November 10, 2021

**ECF**

Honorable Loretta A. Preska  
United States District Judge  
United States Courthouse for S.D.N.Y.  
500 Pearl Street  
New York, N.Y. 10007

      **Re:**    **U.S. v. Olawale Olaniyan, Dkt. 21 Cr. 609 (LAP)**  
             **Government Does Not Oppose Second Defense Request for Two-Week**  
             **Extension for Olaniyan to Satisfy Co-signer Bond Conditions.**

Dear Judge Preska:

      As Mr. Olawale Olaniyan's court-appointed counsel under the assigned counsel plan, 18 USC 3006A, I am respectfully requesting a <u>second extension of two-weeks to present co-signers of his bond</u>. Your Honor granted our first request for an extension of two-weeks on October 27, 2021. After consulting AUSA Kaylan Lasky today, the Government does not oppose this second request.

      If there are any questions about this letter, I am available to Your Honor immediately by cellular phone at (917) 751-5754.

      Thank you.

                                          Respectfully submitted,  
                                          s/ Richard Palma  
                                          Richard Palma

```
SO ORDERED.

Dated:      November 12, 2021
            New York, New York
```

*Loretta A. Preska*

```
            LORETTA A. PRESKA
            Senior United States District Judge
```