# RICHARD PALMA
ATTORNEY AT LAW
122 EAST 42nd STREET - SUITE 620
NEW YORK, NEW YORK 10168

**MEMBER OF THE BAR**  **TEL. (212) 686-8111**
**NEW YORK**  **FAX. (212) 202-7800**
  **E-MAIL: rpalma177@gmail.com**

December 27, 2021

**ECF**

Honorable Loretta A. Preska
United States District Judge
United States Courthouse for S.D.N.Y.
500 Pearl Street
New York, N.Y. 10007

**Re:** U.S. v. Olawale Olaniyan, Dkt. 21 Cr. 609 (LAP)
Defense Motion Seeking Permission for Olawale Olaniyan to Attend New Year's Eve Party.

Dear Judge Preska:

Mr. Olawale Olaniyan respectfully requests permission to attend a New Year's Eve Party at the TSQ Bar located at 723 West 7th Avenue, New York, N.Y. 10019. He would like to attend the party from December 31st 10 p.m. to January 1st 7 a.m.

If there are any questions about this letter, I am available to Your Honor immediately by cellular phone at (917) 751-5754.

Thank you.

Respectfully submitted,
s/ Richard Palma
Richard Palma

```
Mr. Olaniyan may attend the New Year's Eye Party at the TSQ Bar
from December 31, 2021 10:00 p.m. to January 1, 2022 at 3:00 a.m.

SO ORDERED.

Dated:    December 27, 2021
          New York, New York
```

_Loretta A. Preska_
LORETTA A. PRESKA
Senior United States District Judge