# RICHARD PALMA
ATTORNEY AT LAW
122 EAST 42nd STREET - SUITE 620
NEW YORK, NEW YORK 10168

MEMBER OF THE BAR  
NEW YORK

TEL. (212) 686-8111  
FAX. (212) 202-7800  
E-MAIL: rpalma177@gmail.com

February 9, 2022

**ECF**

Honorable Loretta A. Preska  
United States District Judge  
United States Courthouse for S.D.N.Y.  
500 Pearl Street  
New York, N.Y. 10007

    **Re:**     **U.S. v. Olawale Olaniyan, Dkt. 21 Cr. 609 (LAP)**  
             **Defense Motion Seeking Permission for Olawale Olaniyan to Visit Atlantic City, New Jersey for Three Days, February 13 to 15, 2022.**

Dear Judge Preska:

    Mr. Olawale Olaniyan respectfully requests permission to visit Atlantic City, New Jersey for the aforementioned dates. While there, he will stay at the *Hard Rock Hotel & Casino* located at 1000 Boardwalk, Atlantic City, N.J. 08401.

    If there are any questions about this letter, I am available to Your Honor immediately by cellular phone at (917) 751-5754.

    Thank you.

                                                    Respectfully submitted,  
                                                    s/ Richard Palma  
                                                    Richard Palma

*Permission granted*

**SO ORDERED**  
*/s/ Loretta A. Preska*  
LORETTA A. PRESKA  
UNITED STATES DISTRICT JUDGE  
2/9/22